**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Melvin MARTINEZ–LOPEZ, AKA Jorge Lopez, AKA Melvin Miscael Martinez, AKA Miguel Angel Rodriguez, AKA Manuel Rodriguez–Pena, Defendant–Appellant.**

No. 14–50014

United States Court of Appeals, Ninth Circuit.

Filed September 26, 2016

Jean–Claude Andre, L. Ashley Aull, Assistant U.S. Attorneys, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Matthew Brady Larsen, David Lee Menninger, Deputy Federal Public Defenders, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant–Appellant.

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.

Judge Ikuta did not participate in the deliberations or vote in this case.